**Order entered February 6, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01353-CR

**TERRY CLARK JONES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

### On Appeal from the 283rd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F19-58681-T

## ORDER

The reporter's record, requested November 4, 2019, was due December 20, 2019. When it was not filed, we notified court reporter Vearneas Faggett by postcard dated December 27, 2019, and directed her to file (1) the reporter's record or (2) written verification no hearings were recorded by January 26, 2020. To date, no reporter's record or verification has been filed and we have had no communication from Ms. Faggett.

We **ORDER** the reporter's record filed by March 6, 2020. Should Ms. Faggett fail to file the reporter's record by that date, we will order she not sit until the complete reporter's record is filed.

We **DIRECT** the Clerk to send copies of this order to the Honorable Lela Mays, Presiding Judge, 283rd Judicial District Court; Vearneas Faggett, official court reporter, 283rd Judicial District Court; and counsel for all parties.

/s/     BILL PEDERSEN, III
JUSTICE